**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 1 2 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES KELLY

**FILED**

MAY 1 7 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Callie Baird; Dir
CCJ, Micheal Sheanan,
Sheriff CCJ; Supert
D. Brown CCJ;

Case No: 04-C-8213
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

CHECK ONE ONLY:

✓     *Amended*
      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
      U.S. Code (state, county, or municipal defendants)

_____     COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331(a) U.S. Code (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 6/01                        1

**I.    Plaintiff(s):**

A.    Name: _JAMES KELLY_

B.    List all aliases: _NONE_

C.    Prisoner identification number: _20040040348_

D.    Place of present confinement: _Dept. CORR. Cook County Jail_

E.    Address: _2600 South California, Chicago, Il._

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Callie Baird_

    Title: _Director_

    Place of Employment: _Cook County Jail_

B.    Defendant: _Michael Sheanan_

    Title: _Sheriff Cook County Jail_

    Place of Employment: _Cook County Jail_

C.    Defendant: _D. Brown_

    Title: _Super.t_

    Place of Employment: _Cook County Jail_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✔)    NO (  )    If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)    NO (  )

C.    If your answer is **YES**:

1.    What steps did you take?

Filed Grievance Complaint for Law Lib was without Paper for Legal Copies.

2.    What was the result?

Never Got A Response, It didn't Every Get Acknowledged.

3.    If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

The Grievance Procedure is systematically Being denied by the defendants, Defendants Give Pretrial Detainees The Run-Around upon filing Receiving items, Ect.

D.    If your answer is **NO**, explain why not:

You First Have to Have a Hearing for the Process to begin

E.  Is the grievance procedure now completed?  YES (✓) NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities?  YES (✓) NO ( )

G.  If your answer is **YES**:

1.  What steps did you take?

    As Alleged Herein, This is the Basis of this Action,

2.  What was the result?

    NONE

H.  If your answer is **NO**, explain why not:

    Systematically Denied of the Procedure, Process, to bring the Process — Start

IV.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.    Name of case and docket number: _____
*NONE*

B.    Approximate date of filing lawsuit: _____ *N/A* _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D.    List all defendants: _____
*N/A*

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ *N/A* _____

F.    Name of judge to whom case was assigned: _____ *N/A* _____

G.    Basic claim made: _____ *N/A* _____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ *N/A* _____

H.    Approximate date of disposition: _____ *N/A* _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

## I.

Callie BAIRD, is the DIRECTOR OF the County Jail, And its HER Responsibility to SEE that PRETRIAL DETAINEE'S FUNDS, MAILS, ARE CONSISTENT with the Constitution, RULES And REGULATIONS of the COOK COUNTY JAIL.

ON July 04-2004, MY BROTHER JOEY Reily 108 SOUTH 17th AVE, MAYWOOD IL. SENT ME A MONEY ORDER FOR SEVENTY-dollars And No CENTS, to the COOK County JAIL, BUT I DIDN'T that it WAS A policy that An INMATE COULDN'T RECIEVE OVER FIFTY dollars, Plaintiff CONTACTED HIS BROTHER And ASKED Him did HE SEND ME the FUNDS, HE SAID YES, And I told HIM I DIDN'T RECEIVE them, And HE NEVER RECEIVED the FUNDS back. (HAVE A COPY OF MONEY ORDER).

Plaintiff's NEVER RECEIVED Any INFORMATION

From the institution Concerning that the
funds was sent back, One Way or the
Other. This is not the First Encounter
that I've witnessed in the Cook County
Jail, Once in 1996 Charge of Forgery,
$150.00 dollars lost, - Property Jewelry,
Cell-Phone - diamond - Ear-Ring, wrist
watch, Never Received back any of the
Items, Plaintiff Has attached An
Affidavit of Pre-Trial detainee -
James Gipson, which is suffering from
the same Practice, Custom, Policy - C.C.J.

## II.

On August 17, 2004, Plaintiff was
Called to the Law Lib Divs, For
Legal Research, And wanted a copy
of Case Law, *copy of Illinois Statut-
ory Law. The Case Law was not on
the schelvs, But on CD-Rom And
Asked For A Copy And was told that
It was No paper to provide Plaintiff

Revised 4/01

NOTES: WAS Told
that PLAINTIFF Could
Not HAVE A COPY
of Statutes out
of Book on the
Shelve.

WITH the CASE Law. So Plaintiff
Filed A GRIEVANCE, Relating to
the this Situation, that SAME
Month of August PLAINTIFF NEVER
got A RESPONSE to the filing of
the Grievance. No body Can Explain
the PROCESS, OR the OFFICER'S will
Tell you to it fill out And Put
It in the GRIEVANCE BOX, But
After that it's Systematically
Lost.
    Also when the officers WORK in
the Housing Unit, and there ARE
disputes with them, They ARE Quick
to tell you — HERE NAME And #
And if dislike it File A GRIEVANCE
Knowing that the GRIEVANCE will
NEVER be Heard" EXHIBITS, HOUSE &
BOOSE;

    PRE-TRIAL DETAINEE'S MUST HAVE
AN EFFECTIVE GRIEVANCE PROCEDURE
within the COOK COUNTY JAIL, TO
Air OUR Problem within the JAIL
without it, IT GIVES DETAINEE'S A

SENSE OF POWERLESSNESS, AND
Anything Can be done to us &
there will be NO OFFICIAL will
be Held Accountable for the
Wrongs or Acts of the officer's

## III

I've been CONFINED within the
Cook County Jail Since May 20, 2004,
While Here, there Has been No
PROPER Sanitation products issued
to keep the Unit, Cells, Bathroom,
Shower, To Maintain A Healthy
Living ENVIORMENT. We Eat at the
Same - Tables - where Cards Games,
Chess, watch T.V write, sit Cough+
Everything Else. People Come and go
As you Know with all Kinds of
Symptons. the Windows within the
Unit Has About Five-years of
Grime between the grading.

Case 1:04-cv-08213    Document 11    Filed 04/12/2005    Page 10 of 14

ON 10-11-04, PLAINTIFF WENT
FOR clothing change, And upon
Leaving, PLAINTIFF Asked FOR
SOAP, BECAUSE WE Hadn't
Had SOAP FOR the Last two
WEEKS, ONly 20 bars WAS SENT
to the Unit of 61 PRETRIAL
DETAINEES, And Somebody is Not
Going to get SOAP. So the
OFFICER WORKing the Clothing Room
CORDOVA, SAYS: That the Capt. Said
He didn't Want Him to Send
He proper Amount do the Units.

FOR the Last Month & A Half Plaintiff
Was being Fed in the Mornings
cold food, Cereal, Cheeze, And that
it. Detainee's RECEIVE Cold cuts VERY
DAY At NOON.

MICHAEL SHEAHNAN, is the Sheriff,
As WARDEN OF the Cook County Jail
It is His duty and RESPONSIBILITY
to Maintain the Conditions OF
the Jail, provide CLEANLiness

Wholesome food, Running water in each cell, Proper Bedding. The Superintendent is Appointed by the Sheriff, Micheal Sheahnan whose Conduct the Sheriff is Responsibility for. The Grievane Procedure is the Responsibility of Supt. D. Brown, And His duty is to Administer the policy of the Sheriff, by Statute, Callie Baird, is the Director of the Cook County Jail At the time of the Allegations, And it is Her Responsibility to See that the officers, Supt, Employee's, Carry Out the duties to Maintain Safty, cleanliness, provide Soap, Sanitation Products, Grievance Procedure + Hearings Managing Inmates funds, personal property's ect.

## VI.   Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

Injunctive And Declaratory Relief in the Amount of $6,500.00, Punitive Damages in the Amount of $1,500.00 for Each Defendant, Compensatory Damages $500.00 Each Defendant And What ever Equitable Relief this Honorable Court Seems or Deems Just & fair.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information
and belief. I understand that if this certification is not correct,
I may be subject to sanctions by the Court.

Signed this ___22___ day of __March__, 20 _05_

_James Kelly_

_____

_____
(Signature of plaintiff or plaintiffs)

_James Kelly_
(Print name)

_20040040348_
(I.D. Number)

_____

_2600 South California Chicago_
(Address)

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE REQUEST FORM

### Please request only one(1)of the following service(s):

- ☐ Write out
- ☐ Superintendent
- ☐ Drug Unit Transfer
- ☐ Trust Fund Balance
- ☐ Board of Ed 17-21 yrs.
- ☐ Ged - 21yrs. & over
- ☑ Other

- ☐ Parole Information
- ☐ Law Library
- ☐ Public Library
- ☐ Mail Information
- ☐ Commissary

- ☐ Chaplain
- ☐ Muslim Services
- ☐ Catholic Services
- ☐ Protestant Services
- ☐ Lutheran Services
- ☐ Baptist Services
- ☐ Jewish Services

ATT: Social Worker, Mr. Dean

| DETAINEE INFORMATION PLEASE PRINT | |
|---|---|
| Detainee Name  JAMES KELLY | Date Submitted  8-19-04 |
| Detainee ID#  2004040348 | Court Date  8-26-04 |
| Division  FIVE | Living Unit  2-C-N-6 |
| Detainee Signature  James Kelly | |

**DETAINEE REQUEST PLEASE PRINT**

I discuss with you before your leave, that I had seventy dollar sent here and never recieved it, nor has it been sent back to my brother check please.

**STAFF RESPONSE**

$54.98 found check not Keefe ARAMARK found

Staff Signature  Dean

Date Detainee Received  Response/Serviced

REVISED 2/04

A seventy dollar credit was not located in the system please check with the trust fund. At Aramark

EXHIBIT

IN the United States District
Court For the Northern District
State of Illinois

James Kelly
    Plaintiff

Vs

Callie Baird Etal
    Defendants

Case # 04-C-8213
the Honorable
Judge: Matthew
F. Kennelly
Presiding.

Certificate of Service

I, James Kelly, Swear Under penalty
of Prejury that I Served A copy
of the Attached document on
Defendants, by placing it in the
Mail at the Cook County Correctional
Center on April 7, 2005.